LAW OFFICES OF
BRIDEGROOM & HAYES
1656 North Columbus Boulevard
Tucson, AZ 85712
(520) 792-0600 or (520) 327-0672
Fax: (520) 323-6474

Raymond R. Hayes, Attorney for Debtor
Bar No. 002551

Lodged in open court 1/13/11 TRM

FILED
JAN 13 2011
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>HARRY C. GRIFFITHS,<br><br>Debtor. | Chapter 13<br><br>Case No. 4-08-bk-18116-EWH<br><br>ORDER SETTING ASIDE ORDER OF DISMISSAL AND REINSTATING CASE |

**THE COURT HAVING CONSIDERED** the Debtor's Motion and good cause appearing:

**IT IS ORDERED** that the Order of Dismissal heretofore entered is set aside and that the case is reinstated.

**DATED:** 13 JAN 2011

Eileen W. Hollowell

Honorable Eileen W. Hollowell
United States Bankruptcy Court Judge